**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Bridgeport DIVISION**

In re: WESTPORT REAL ESTATE  § Case No. 20-50974
PARTNERS, LLC  §
 §
 §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George I. Roumeliotis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,770,109.59 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $110,940.41 | | |

3) Total gross receipts of $1,881,050.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,881,050.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,978,144.18 | $1,552,500.00 | $1,552,500.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $110,940.41 | $110,940.41 | $110,940.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $593,914.93 | $314,558.24 | $314,558.24 | $217,609.59 |
| **TOTAL DISBURSEMENTS** | $593,914.93 | $2,403,642.83 | $1,977,998.65 | $1,881,050.00 |

4) This case was originally filed under chapter 7 on 11/25/2020. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2021      By: /s/ George I. Roumeliotis
                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 38 Fairfield Avenue, Westport, Connecticut, Fee simple, Valuation Method: Sale Contract | 1110-000 | $1,881,050.00 |
| Deposit on purchase of real estate at 38 Fairfield Avenue, Westport, CT; motion to be filed | 1110-000 | $175,000.00 |
| Refund on deposit made on attempt to purchase real estate, per Court Order dated 1/26/21 (Doc. ID 58, pg 2) | 1110-000 | -$175,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,881,050.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Newtown Savings Bank | 4110-000 | NA | $1,565,790.04 | $1,552,500.00 | $1,552,500.00 |
| 2S | Levente Polyak | 4110-000 | NA | $412,354.14 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$1,978,144.18** | **$1,552,500.00** | **$1,552,500.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George I. Roumeliotis | 2100-000 | NA | $74,681.50 | $74,681.50 | $74,681.50 |
| Trustee, Expenses - George I. Roumeliotis | 2200-000 | NA | $596.19 | $596.19 | $596.19 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $538.00 | $538.00 | $538.00 |
| Costs re Sale of Property - Aquarion Water Company of CT | 2500-000 | NA | $107.50 | $107.50 | $107.50 |
| Costs re Sale of Property - Recording fee paid to Westport Town Clerk for recording lien release from William Raveis, per Court Order d. 1/26/21 (Doc. ID 58) | 2500-000 | NA | $60.00 | $60.00 | $60.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,497.67 | $1,497.67 | $1,497.67 |
| Other State or Local Taxes (post-petition) - Local Conveyance Tax on sale of real estate (0.25% of sale price), authorized by Order d. 1/26/21 (Doc. ID 58) | 2820-000 | NA | $4,702.63 | $4,702.63 | $4,702.63 |
| Other State or Local Taxes (post-petition) - Payment of real estate taxes apportioned to time period prior to closing (Jan 1 to Jan 31, 2021), per Order dated 1/26/21 (Doc. ID 58) | 2820-000 | NA | $2,236.65 | $2,236.65 | $2,236.65 |
| Other State or Local Taxes (post-petition) - Payment of sewer use taxes apportioned to time period prior to closing (Jan 1 to Jan 31, 2021), per Order dated 1/26/21 (Doc. ID 58) | 2820-000 | NA | $29.69 | $29.69 | $29.69 |
| Other State or Local Taxes (post-petition) - State Conveyance Tax on sale of real estate, per OP-236 conveyance tax return, authorized by Order d. 1/26/21 (Doc. ID 58) | 2820-000 | NA | $19,513.13 | $19,513.13 | $19,513.13 |
| Accountant for Trustee Fees (Other Firm) - James J. Slawski, CPA | 3410-000 | NA | $1,860.00 | $1,860.00 | $1,860.00 |
| Accountant for Trustee Expenses (Other Firm) - James J. Slawski, CPA | 3420-000 | NA | $117.45 | $117.45 | $117.45 |
| Realtor for Trustee Fees (Real Estate Commissions) - DeLibro Realty Group, LLC | 3510-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$110,940.41** | **$110,940.41** | **$110,940.41** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Levente Polyak | 7100-000 | NA | $314,558.24 | $314,558.24 | $217,609.59 |
| N/F | DeLibro Realty Group Attn: Pres. Off. Mgr. or Acct. Rep. | 7100-000 | $1,232.93 | NA | NA | NA |
| N/F | EverSpring Capital Partners Kft. Attn:: Peter Labdy | 7100-000 | $540,000.00 | NA | NA | NA |
| N/F | James Hogan Love, Esq. | 7100-000 | $3,500.00 | NA | NA | NA |
| N/F | Levente Polyak | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Matthew Whitehouse | 7100-000 | $5,300.00 | NA | NA | NA |
| N/F | Murtha Cullina, LLP | 7100-000 | $43,882.00 | NA | NA | NA |
| | TOTAL GENERAL UNSECURED CLAIMS | | $593,914.93 | $314,558.24 | $314,558.24 | $217,609.59 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 20-50974 | Trustee Name: | (410520) George I. Roumeliotis |
|---|---|---|---|
| Case Name: | WESTPORT REAL ESTATE PARTNERS, LLC | Date Filed (f) or Converted (c): | 11/25/2020 (f) |
| | | § 341(a) Meeting Date: | 12/21/2020 |
| For Period Ending: | 09/29/2021 | Claims Bar Date: | 02/03/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Newtown Savings Bank, xxxxxx9020 | 0.00 | 0.00 | | 0.00 | FA |
| 2* | 38 Fairfield Avenue, Westport, Connecticut, Fee simple, Valuation Method: Sale Contract (See Footnote) | 1,750,000.00 | 288,550.00 | | 1,881,050.00 | FA |
| 3* | Potential claim against Levente Polyak (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$1,750,000.00** | **$288,550.00** | | **$1,881,050.00** | **$0.00** |

RE PROP# 2    Sale approved per Order dated 1/26/21; closing took place 2/2/21.

RE PROP# 3    Potential claim added by debtor in amendment filed 1/8/21; trustee believes this claim is really a claim by the other member of the debtor and not the debtor itself, as it is the other member of the LLC that suffered loss.  The debtor LLC ended up benefiting from the delay because the end result of the liquidation of the real estate involved a cap of the secured claim and an increase in the sale price due to a last minute buyer to whom the court approved the sale, as well as a significant reduction in the amount paid for the broker.  Therefore, the Trustee believes this claim is of no value to estate.

**Major Activities Affecting Case Closing:**

Case is ready to close.

**Initial Projected Date Of Final Report (TFR):**  06/30/2022         **Current Projected Date Of Final Report (TFR):**  05/25/2021 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 20-50974 | Trustee Name: | George I. Roumeliotis (410520) |
|---|---|---|---|
| Case Name: | WESTPORT REAL ESTATE PARTNERS, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******8004 Checking |
| Taxpayer ID #: | **-***1684 | Blanket Bond (per case limit): | $24,597,604.00 |
| For Period Ending: | 09/29/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/20 | | Lauren Reynolds and Steven Meyers | Deposit on purchase of real estate at 38 Fairfield Avenue, Westport, CT; motion to be filed | 1110-000 | 175,000.00 | | 175,000.00 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 139.85 | 174,860.15 |
| 01/21/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -139.85 | 175,000.00 |
| 01/22/21 | {2} | Marc and Lori Backon | Deposit on purchase of real estate at 38 Fairfield Avenue, Westport, CT (counterofferors; order to be entered) | 1110-000 | 188,105.00 | | 363,105.00 |
| 01/26/21 | 201 | Lauren Reynolds and Steven Meyers | Refund of deposit made on attempt to purchase real estate, per Court Order dated 1/26/21 (Doc. ID 58, pg 2) | 1110-000 | -175,000.00 | | 188,105.00 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 79.66 | 188,025.34 |
| 02/02/21 | | Randel Law Offices, LLC on behalf of Lois K. Backon, Trust | Net proceeds wired from closing on sale of 38 Fairfield Ave., Westport, CT (per Court Order dated 1/26/21 (Doc. ID 58) after payment of real estate & sewer taxes, state & local conveyance taxes, and lien release recording fee, also authorized by said Order, and crediting deposit previously paid by buyer | | 1,666,402.90 | | 1,854,428.24 |
| | {2} | | Gross proceeds from closing on sale of 38 Fairfield Avenue, Westport, CT, per Court Order dated 1/26/21 (Doc. ID 58)  $1,692,945.00 | 1110-000 | | | |
| | | Town of Westport | Payment of real estate taxes apportioned to time period prior to closing (Jan 1 to Jan 31, 2021), per Order dated 1/26/21 (Doc. ID 58)  -$2,236.65 | 2820-000 | | | |
| | | Town of Westport | Payment of sewer use taxes apportioned to time period prior to closing (Jan 1 to Jan 31, 2021), per Order dated 1/26/21 (Doc. ID 58)  -$29.69 | 2820-000 | | | |
| | | Commissioner of CT Dept. of Revenue Services | State Conveyance Tax on sale of real estate, per OP-236 conveyance tax return, authorized by Order d. 1/26/21 (Doc. ID 58)  -$19,513.13 | 2820-000 | | | |
| | | Westport Town Clerk | Local Conveyance Tax on sale of real estate (0.25% of sale price), authorized by Order d. 1/26/21 (Doc. ID 58)  -$4,702.63 | 2820-000 | | | |
| | | Westport Town Clerk (Land Records) | Recording fee paid to Westport Town Clerk for recording lien release from William Raveis, per Court Order d. 1/26/21 (Doc. ID 58)  -$60.00 | 2500-000 | | | |

Page Subtotals:   $1,854,507.90   $79.66

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 20-50974 | Trustee Name: | George I. Roumeliotis (410520) |
|---|---|---|---|
| Case Name: | WESTPORT REAL ESTATE PARTNERS, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******8004 Checking |
| Taxpayer ID #: | **-***1684 | Blanket Bond (per case limit): | $24,597,604.00 |
| For Period Ending: | 09/29/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/21 | 202 | Aquarion Water Company of CT | Acct ending 9198; final water bill due on 38 Fairfield Avenue, Westport, CT; per Ct Order d. 1/26/21 (Doc ID 58) | 2500-000 | | 107.50 | 1,854,320.74 |
| 02/03/21 | 203 | DeLibro Realty Group, LLC | Payment per Court Order d.1/26/21 (Doc. ID 58) on account of any real estate broker claim against estate | 3510-000 | | 5,000.00 | 1,849,320.74 |
| 02/03/21 | 204 | Newtown Savings Bank | Pmt on mortgage on prop. at 38 Fairfield Ave Westport CT, per Order d.1/26/21 (Doc 58) resolving all claims vs estate | 4110-000 | | 1,552,500.00 | 296,820.74 |
| 02/04/21 | 205 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee for AP 21-5002, per Court Order d. 1/26/21 (Doc. ID 58), Notice of Dismissal Filed | 2700-000 | | 350.00 | 296,470.74 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 740.89 | 295,729.85 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 212.84 | 295,517.01 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 464.28 | 295,052.73 |
| 07/24/21 | 206 | George I. Roumeliotis | Combined trustee compensation & expense dividend payments. | | | 75,277.69 | 219,775.04 |
| | | George I. Roumeliotis | Claims Distribution - Fri, 05-21-2021 $74,681.50 | 2100-000 | | | |
| | | George I. Roumeliotis | Claims Distribution - Fri, 05-21-2021 $596.19 | 2200-000 | | | |
| 07/24/21 | 207 | Clerk, U.S. Bankruptcy Court | Dividend pd @ 100.00% of $188.00; Claim # ; Filed: $188.00; Acct# , per Order d.7/23/21 (Doc. ID 83) | 2700-000 | | 188.00 | 219,587.04 |
| 07/24/21 | 208 | James J. Slawski, CPA | Combined payments for claim number , | | | 1,977.45 | 217,609.59 |
| | | James J. Slawski, CPA | Claims Distribution - Fri, 05-21-2021 $1,860.00 | 3410-000 | | | |
| | | James J. Slawski, CPA | Claims Distribution - Fri, 05-21-2021 $117.45 | 3420-000 | | | |
| 07/24/21 | 209 | Levente Polyak | Dividend pd @ 69.18% of $314,558.24; Claim # 2U; Filed: $314,558.24; Acct# , per Order d.7/23/21 (Doc. ID 83) | 7100-000 | | 217,609.59 | 0.00 |
| | | COLUMN TOTALS | | | 1,854,507.90 | 1,854,507.90 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 1,854,507.90 | 1,854,507.90 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $1,854,507.90 | $1,854,507.90 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 20-50974 | **Trustee Name:** George I. Roumeliotis (410520) |
| **Case Name:** WESTPORT REAL ESTATE PARTNERS, LLC | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***1684 | **Account #:** ******8004 Checking |
| **For Period Ending:** 09/29/2021 | **Blanket Bond (per case limit):** $24,597,604.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8004 Checking | $1,854,507.90 | $1,854,507.90 | $0.00 |
| | **$1,854,507.90** | **$1,854,507.90** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)